UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYSHAUN DEANGELO HARRIS,

        Plaintiff,

v.                                                                Case No.  8:20-cv-2536-WFJ-CPT

J. DABUSH, *et al.*,

        Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court on review of the case file. On May 26, 2021, the Court dismissed Plaintiff's complaint for failure to state a claim and directed Plaintiff to file an amended complaint within thirty days. (Doc. 9). Plaintiff was warned that failure to comply with the order would result in the dismissal of this action, for failure to state a claim, without further notice.  The order was mailed to Plaintiff's address of record and was not returned undeliverable.  Nonetheless, Plaintiff has failed to file an amended complaint.

Accordingly, it is **ORDERED** that this case is **DISMISSED** for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915A(b)(1). *See also* 28 U.S.C. § 1915(g).  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on August 3, 2021.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE